1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11

12   MICHAEL L. KATSCH, an individual,        Case No.  5:14-cv-04730 HRL
                    Plaintiff,
13                                             **ORDER REFERRING CASE TO ADR**
          v.                                   **UNIT FOR ASSESSMENT TELEPHONE**
14                                             **CONFERENCE**

15   JPMORGAN CHASE, a Delaware Limited
     Liability Company and DOES 1 through 25,
16   inclusive
17                    Defendants.

18          Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this

19   foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone

20   conference to assess this case's suitability for mediation or a settlement conference.  Plaintiff's

21   and Defendant's counsel shall participate in a telephone conference, to be scheduled by the ADR

22   Unit as soon as possible but no later than November 28, 2014.

23          Plaintiff's and Defendant's counsel shall be prepared to discuss the following subjects:

24          (1)    Identification and description of claims and alleged defects in loan documents.

25          (2)    Prospects for loan modification.

26          (3)    Prospects for settlement.

27          The parties need not submit written materials to the ADR Unit for the telephone

28   conference.

*United States District Court*
*Northern District of California*

United States District Court
Northern District of California

1    In preparation for the telephone conference, Plaintiff shall do the following:

2    (1)    Review relevant loan documents and investigate the claims to determine whether

3    they have merit.

4    (2)    If Plaintiff is seeking a loan modification to resolve all or some of the claims,

5    Plaintiff shall prepare a current, accurate financial statement and gather all of the information and

6    documents customarily needed to support a loan modification request.  Further, Plaintiff shall

7    immediately notify Defendant's counsel of the request for a loan modification.

8    (3)    Provide counsel for Defendant with information necessary to evaluate the prospects

9    for loan modification, in the form of a financial statement, worksheet or application customarily

10   used by financial institutions.

11   In preparation for the telephone conference, counsel for Defendant shall do the following.

12   (1)    If Defendant is unable or unwilling to do a loan modification after receiving notice

13   of Plaintiff's request, counsel for Defendant shall promptly notify Plaintiff to that effect.

14   (2)    Arrange for a representative of each Defendant with full settlement authority to

15   participate in the telephone conference.

16   The ADR Unit will notify the parties of the date and time the telephone conference will be

17   held.  After the telephone conference, the ADR Unit will advise the Court of its recommendation

18   for further ADR proceedings.

19   **SO ORDERED**.

20   Dated:   October 28, 2014

21

22   _____
     HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2

5:14-cv-04730-HRL Notice has been electronically mailed to:

George Elonge Akwo      george@galawgroup.org

Nathan Randall Jaskowiak      nathan.jaskowiak@kyl.com, mary.land@kyl.com

Philip Alan McLeod      philip.mcleod@kyl.com, maricel.schilt@kyl.com