UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KATSCH,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE, a Delaware Limited Liability Company and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. 5:14-cv-04730 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Defendant has moved to dismiss the complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than November 5, 2014, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. 28 U.S.C. § 636; Civ. L.R. 73-1.

Dated:   November 10, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-04730-HRL Notice has been electronically mailed to:

George Elonge Akwo     george@galawgroup.org

Nathan Randall Jaskowiak     nathan.jaskowiak@kyl.com, mary.land@kyl.com

Philip Alan McLeod     philip.mcleod@kyl.com, maricel.schilt@kyl.com