UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL L KATSCH,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

Case No.  14-cv-04730-BLF

**ORDER GRANTING IN PART AND DENYING IN PART REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE; AND AUTHORIZING APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE VIA COURT CALL**

[Re: ECF 23]

The parties have filed a stipulated request that the Initial Case Management Conference ("the CMC") be rescheduled from February 5, 2015 at 1:30 p.m. to February 12, 2015 at 9:00 a.m. and heard in combination with the motion to dismiss set for the latter date and time. The request to continue the CMC by a week is GRANTED but the request to reschedule the CMC from the afternoon to the morning is DENIED. Accordingly, the CMC is hereby rescheduled for February 12, 2015 at 1:30 p.m. The parties may appear at the CMC via Court Call if they wish. Any party wishing to do so must contact Court Call in advance of the CMC to arrange for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: December 16, 2014

_____
BETH LABSON FREEMAN
United States District Judge