# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL L KATSCH,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No.   14-cv-04730-BLF<br><br>**ORDER SUBMITTING MOTION TO DISMISS WITHOUT ORAL ARGUMENT AND VACATING HEARING ON MOTION; AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has determined that Defendant's Motion to Dismiss, set for hearing on February 12, 2015, is appropriate for disposition without oral argument. *See* Civ. L.R. 7-1(b). Accordingly, the hearing is hereby VACATED and the motion is hereby SUBMITTED.

The Case Management Conference set for February 12, 2015 is CONTINUED to March 19, 2015.

**IT IS SO ORDERED.**

Dated: February 6, 2015

_____
BETH LABSON FREEMAN
United States District Judge