# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL L. KATSCH,<br>　　　　Plaintiff,<br>　　v.<br>JPMORGAN CHASE BANK, N.A.,<br>　　　　Defendant. | Case No. 14-cv-04730-BLF<br><br>**JUDGMENT** |

This action having been dismissed with prejudice,

Judgment is hereby entered for Defendant and against Plaintiff.

Dated: March 30, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge